CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:11-cr-0096 AWI |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE STATUS CONFERENCE |
| KENNETH NOEL NELSON, ) | |
| Defendant. ) | |

Defendant Kenneth Noel Nelson, by and through his attorney of record, Carl M. Faller, and plaintiff United States of America, by and through its attorney of record, Benjamin B. Wagner, United States Attorney, and Kirk Sherriff, Assistant U.S. Attorney, hereby agree and stipulate as follows:

This matter is currently set for a status conference on Monday, December 19, at 9:00 am. The parties request that this status conference be continued until January 30, 2012 at 9:00 am. The reason for this request is that discovery in this case is voluminous and additional discovery has recently been provided.  In addition, defense counsel is beginning a murder trial in Kings County on December 6, 2011, in the case of People v. Monte Michael Resendez.  The trial is scheduled to last two to three weeks..

It is further stipulated that the time between December 19, 2011 and January  , 2012 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A)

and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for continuity of counsel and further investigation and preparation. Based on the above, it is respectfully requested that the status conference and motion hearing be continued as set forth above.

Dated: November 28, 2011 /s/Carl M. Faller
CARL M. FALLER
Attorney for Defendant

BENJAMIN B. WAGNER
United States Attorney

Dated: November 28, 2011 By /s/Kirk Sherriff
KIEK SHERRIFF
Assistant U.S. Attorney
Attorney for United States of America

ORDER:

IT IS ORDERED that the status conference currently scheduled for December 19, 2011, at 9:00 am, be continued until January 30, 2012 at 9:00 am.

It is further ordered that the time between December 19, 2011 and January 30, 2012 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for continuity of counsel and further investigation and preparation.

IT IS SO ORDERED.

Dated: November 29, 2011 _____
CHIEF UNITED STATES DISTRICT JUDGE