1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7
            IN THE UNITED STATES DISTRICT COURT
8
         FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          ) CASE NO.: 1:11-cr-0096 AWI
                                       )
11                                     ) STIPULATION & ORDER CONTINUING
                 Plaintiff,            ) STATUS CONFERENCE AND
12                                     ) EXCLUDING TIME UNDER THE
                                       ) SPEEDY TRIAL ACT NUNC PRO TUNC
13         v.                          )
                                       ) Old Date: May 14, 2012
14                                     ) Old Time: 1:00 p.m.
    KENNETH NOEL NELSON, JR.,          )
15                                     ) New Date: July 16, 2012
                 Defendant.            ) New Time: 10:00 a.m.
16                                     ) Court:    Two
                                       )   (Hon. Anthony W. Ishii)
17  _____)

18

19     Defendant KENNETH NOEL NELSON, JR., by and through his counsel
20  of record Carl M. Faller, and plaintiff the United States of America,
21  by and through its counsel of record, hereby jointly stipulate and
22  respectfully request that the Court order that time be excluded for
23  the period from the status conference on May 14, 2012 through the
24  change of plea hearing on July 16, 2012.
25     The grounds for this stipulation are that a continuance of time
26  through July 16, 2012 is required to provide additional time for
27  effective defense preparations, plea negotiations, and consideration
28  of a potential plea by the defendant, taking into account the

exercise of due diligence, and to ensure continuity of defense counsel. In the absence of such a continuance of the hearing and exclusion of time, the case would be reset before the Court immediately and such proceeding would not allow sufficient time for effective defense preparations and plea negotiations, and would render the proceeding impossible or result in a miscarriage of justice.

The parties agree and stipulate that time should be excluded in the interests of justice from the status conference on May 14 through and including the continued hearing date on July 16, 2012, under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(i) & (iv), in that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: May 21, 2012　　　　　　　　　　/s/ Carl M. Faller
　　　　　　　　　　　　　　　　　　　　(authorized on 5/21/12)
　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　KENNETH NOEL NELSON, JR.


Dated: May 21, 2012　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By: /s/ Kirk E. Sherriff
　　　　　　　　　　　　　　　　　　　　KIRK E. SHERRIFF
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**ORDER**

The Court has reviewed and considered the stipulation of the parties to exclude time through the continued change of plea hearing date in this case. It is ordered that the hearing in this case is continued to July 16, 2012, at 10:00 a.m in Courtroom Two. It is further ordered that time shall be excluded in the interests of justice, based on the grounds set forth in the parties' stipulation, nunc pro tunc from May 14, 2012 through and including the hearing date of July 16, 2012, under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(i) & (iv), in that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **May 25, 2012**      **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE