CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
TEL:  559-226-1534
FAX:  559-412-3536
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>KENNETH NOEL NELSON,<br><br>   Defendant. | Case No.: 1:11-cr-0096 AWI<br><br>STIPULATION TO EXTEND DATE FOR SELF-SURRENDER; ORDER |

   Defendant Kenneth Noel Nelson, by and through his attorney of record, Carl M. Faller, and plaintiff United States of America, by and through its attorney of record, Benjamin B. Wagner, United States Attorney, and Kirk Sherriff, Assistant U.S. Attorney, hereby agree and stipulate as follows:

   The defendant is currently scheduled to surrender to begin serving his sentence on January 17, 2013.  As of this date, the United States Bureau of Prisons has not yet designated the defendant to a particular institution, and his file is currently under medical review.

   In light of the above facts it is hereby requested that the defendant's self-surrender date be extended until February 15, 2013.  All other conditions of release are to remain in full force and effect.

///

///

| | | |
|---|---|---|
| Dated: January 10, 2013 | | /s/Carl M. Faller |
| | | CARL M. FALLER |
| | | Attorney for Defendant |
| | | |
| | | BENJAMIN B. WAGNER |
| | | United States Attorney |
| | | |
| Dated: January 10, 2013 | By | /s/Kirk Sherriff |
| | | KIRK SHERRIFF |
| | | Assistant U.S. Attorney |
| | | Attorney for United States of America |

ORDER:

IT IS ORDERED that the date for the defendant to surrender for service of his sentence is hereby extended until February 15, 2013, at the designated institution or to the United States Marshal's Office in Fresno, California.

1 | IT IS SO ORDERED.

2 | Dated:   January 11, 2013          _____
                                        UNITED STATES DISTRICT JUDGE