BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-00096-AWI |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH NOEL NELSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

WHEREAS, on August 20, 2012, the Court entered a Preliminary

Order of Forfeiture, pursuant to the provisions of 18 U.S.C.

§§ 981(a)(1)(C), 982(a)(3)(E), 982(a)(4), and 28 U.S.C. § 2461(c),

based upon the plea agreement entered into between plaintiff and

defendant Kenneth Noel Nelson, Jr., forfeiting to the United States

the following property:

      a.   2006 Chevrolet Silverado K2500HD extended cab, Vehicle
Identification Number 1GCHK29D46E243305, California
License Number 8C30995;

      b.   2005 Mini Cooper CV, Vehicle Identification Number
WMWRH33415TF81594, California License Number 5JPT526;

      c.   2004 Porsche Cayenne, Vehicle Identification Number
WP1AC29P24LA93971, California License Number 5XBY366;
and

Final Order of Forfeiture

> d. A personal forfeiture money judgment in the approximate amount of $9 million.

AND WHEREAS, begining on August 28, 2012, for at least 30 consecutive days respective to each commencement date, the United States published notice of the court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(3)(E), 982(a)(4), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of defendant Kenneth Noel Nelson, Jr.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

/ / /

/ / /

Final Order of Forfeiture

IT IS SO ORDERED.

Dated:   April 3, 2013   

_____
SENIOR  DISTRICT  JUDGE